UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:15CR00201 |
| | : | |
| **EDWIN STUART LIVINGSTON, III,** | : | |
| **RONALD JOSEPH TIPA,** | : | |
| **THOMAS EDWARD TAYLOR, and** | : | |
| **ROSS BERNARD DEBLOIS, SR.,** | : | |
| | : | |
| **Defendants.** | : | |

### DEFENDANTS' MOTION TO DISMISS MULTIPLICITIOUS COUNTS

Defendants, through counsel and for the reasons set forth in their supporting memorandum of law, respectfully move the Court for an order requiring the prosecution to elect dismissal of either Counts One and Two or Counts Three through Eight.

Defendants respectfully request that the Court hear this motion at the hearing set for February 25, 2016.

Dated: December 4, 2015                              Respectfully submitted,

/s/_____
Robert P. Trout (VA Bar # 13642)
Gloria B. Solomon (*Pro Hac Vice*)
*Counsel for Defendant Ross B. DeBlois Sr.*
TROUT CACHERIS & JANIS PLLC
1350 Connecticut Avenue NW
Suite 300
Washington, DC 20036
Telephone: (202) 464-3300
Fax: (202) 464-3319
Email: rtrout@troutcacheris.com
           gsolomon@troutcacheris.com

/s/_____
Addy R. Schmitt (VA Bar #88704)
Barry J. Pollack (*Pro Hac Vice*)
*Counsel for Defendant Thomas E. Taylor*
MILLER & CHEVALIER CHARTERED
655 15th St., NW
Suite 900
Washington, D.C. 20005-5701
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: aschmitt@milchev.com
           bpollack@milchev.com

/s/_____
Preston Burton (VA Bar # 30221)
Gregory L. Poe (*Pro Hac Vice*)
Rachel Li Wai Suen (*Pro Hac Vice*)
*Counsel for Edwin S. Livingston III*
POE & BURTON PLLC
The Executive Building
1030 15th Street NW
Suite 580 West
Washington, DC 20005
Telephone: (202) 583-2500
Fax: (202) 583-0565
Email: pburton@poeburton.com
           gpoe@poeburton.com
           rliwaisuen@poeburton.com

/s/_____
Karen D. Williams (VA Bar # 79213)
Mark J. MacDougall (*Pro Hac Vice*)
Connor Mullin (*Pro Hac Vice*)
*Counsel for Defendant Ronald Joseph Tipa*
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: kdwilliams@akingump.com
           mmacdougall@akingump.com
           cmullin@akingump.com

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 4th day of December, 2015, a true and genuine copy of Defendants' Motion to Dismiss Multiplicitious Counts was sent via electronic mail by the Court's CM/ECF system to the following:

> Jonathan Fahey
> Alison Anderson
> Karen Ledbetter Taylor
> Christopher Catizone
> U.S. Attorney's Office (Alexandria-NA)
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> Telephone: 703-299-3700
> Email:  jonathan.fahey@usdoj.gov
>    alison.anderson@usdoj.gov
>    karen.taylor2@usdoj.gov
>    christopher.catizone@usdoj.gov

              /s/
            Addy R. Schmitt

2046576.1