UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :   Criminal Case No. 1:15CR00201 |
| | : |
| **EDWIN STUART LIVINGSTON, III,** | : |
| **RONALD JOSEPH TIPA,** | : |
| **THOMAS EDWARD TAYLOR, and** | : |
| **ROSS BERNARD DEBLOIS, SR.,** | : |
| | : |
| **Defendants.** | : |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss Multiplicitous Counts, memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2016, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the prosecution elect dismissal of either Counts One and Two or Counts Three through Eight.

**SO ORDERED.**

_____
The Honorable Liam O'Grady
United States District Judge

2046577.1